UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIRELL FRANCIS TAYLOR, | No. 2:16-cv-0402-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| B. OTT, et al., | |
| Respondents. | |

Plaintiff is a state prisoner without counsel seeking a writ of mandamus pursuant to 28 U.S.C. § 1361. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in dismissal of this action.

So ordered.

Dated: March 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE